

FILED
JAN 0 9 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
MATTHEW C. THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>1. White Apple iPhone, IMEI: 356601080975670 Model A1662<br>2. White Apple iPhone, FCC ID: BCG-E3085A, Model A1660<br>CURRENTLY LOCATED AT THE SACRAMENTO FBI EVIDENCE CONTROL ROOM, 2001 FREEDOM WAY, ROSEVILLE, CALIFORNIA | NO. 2: 18-SW-824-AC<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: 01-09-19

The Honorable Deborah Barnes
UNITED STATES MAGISTRATE JUDGE